STEPHANIE HINDS (CSBN 154284)
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4810
    Facsimile: (415) 744-0134
    Caspar.Chan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:21-cv-10007-HSG<br><br>**ORDER AND MOTION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT** |

1

The Parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension to file the answer and certified administrative record. In support of this request, the Commissioner respectfully states as follows:

Defendant makes this request in good faith and for good cause. The CAR has been prepared and counsel is reviewing the CAR for defensibility purposes. Counsel for the Commissioner believes that this brief extension will allow his client to properly consider this matter and would conserve judicial resources should the Parties be able to resolve this matter.

The undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

WHEREFORE, Defendant requests until June 13, 2022, to file the CAR and answer to Plaintiff's complaint.

Respectfully submitted,

Dated: June 6, 2022

STEPHANIE HINDS
United States Attorney

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: 6/7/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE