JONATHAN HART, CALIFORNIA SBN 309749
HOMELESS ACTION CENTER
3126 SHATTUCK AVENUE
BERKELEY, CA 94705
Phone: 510-540-0878 EXT. 317
Fax: 510-540-0403
Email: jhart@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMAS.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>　　　　Defendant | 4:21-cv-10007-HSG<br><br><br><br>**MOTION FOR AN EXTENSION OF TIME TO FILE THE MOTION FOR SUMMARY JUDGMENT** |

　　　　Plaintiff's counsel moves the Court for an extension of time to file the Motion for Summary Judgment. The current deadline is July 7, 2022. The new deadline would be August 1, 2022. The undersigned has a motion for judgment due around the same time as this motion, three social security hearings in the second week of July, and thirty-five other cases to maintain in the meantime. The undersigned is also helping to supervise a summer intern. Given all these deadlines in the same month, the undersigned is requesting more time to complete the Motion for

MOTION FOR AN EXTENSION OF TIME- 1

Summary Judgment. The undersigned has spoken with the Office of General Counsel, and they do not object to this request.

Dated this 5th day of June                    Respectfully Submitted


                                                /s/ *Jonathan Hart*
                                              _____
                                              JONATHAN HART

                                              ATTORNEY FOR PLAINTIFF


                                ORDER

APPROVED AND SO ORDERED.

DATED: __7/5/2022_____

HAYWOOD S. GILLIAM, JR.
US DISTRICT COURT JUDGE


MOTION FOR AN EXTENSION OF TIME- 2