JONATHAN HART 309749
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA  94705
Phone:  (510) 540-0878 x. 317
Fax:    (510) 540-0403
jhart@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 21-CV-10007-HSG<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS ($7,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of seven thousand five hundred ($7,500.00) in EAJA attorney fees shall

constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). If the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Mr. Thomas (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: April 17, 2024

                                                      */s/ Jonathan Hart*
                                                      JONATHAN HART
                                                      Attorney for Plaintiff

Date: April 17, 2024               By:     /s/*Caspar Chan*
                                                        CASPR CHAN
                                                        Special Assistant United States Attorney
                                                        * by email authorization April 17, 2024
                                                        Attorney for Defendant

PURSUANT TO STIPULATION, APPROVED AND SO ORDERED.

Dated: 4/18/2024

                                             HAYWOOD S. GILLIAM, JR.
                                             United States District Court Judge